THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL AZIZ ZARIF SHABAZZ, Also Known as MICHAEL HURLEY, Appellant, v JEROME J. RICHARDS, Acting Judge of Franklin County Court, et al., Respondents.

Decided November 21, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

---

In the Matter of TENANTS COMMITTEE OF 36 GRAMERCY PARK, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents.

Submitted August 19, 2013; decided November 21, 2013

Motion for leave to appeal, purportedly on behalf of Tenants Committee of 36 Gramercy Park by Patricia Pillette, dismissed upon the ground that Patricia Pillette is not the authorized legal representative of Tenants Committee of 36 Gramercy Park (*see* CPLR 321 [a]).